UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PERLA OLIVIA GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.:  15cv2652 BTM (BLM)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |
|---|---|

On November 25, 2015, Plaintiff Perla Olivia Garcia filed a motion to proceed in forma pauperis under 28 U.S.C. § 1915. Having considered Plaintiff's supporting declaration, the Court determines that Plaintiff has made a sufficient showing of inability to pay the filing fees and court costs. Accordingly, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed in forma pauperis is **GRANTED**. Plaintiff is permitted to prosecute this action without being required to prepay fees or costs and without being required to post security.

2. The Clerk of the Court shall file Plaintiff's Complaint without prepayment of the filing fee.

//

//

3. The United States Marshal shall serve a summons and a copy of the Complaint upon Defendant as directed by Plaintiff on U.S. Marshal form 285. All costs of service shall be advanced by the United States.

**IT IS SO ORDERED**.

Dated:  November 30, 2015

Barry Ted Moskowitz, Chief Judge
United States District Court